UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ART-OPTIC, LTD.,

               Plaintiff,

       v.

SAMUEL TOMASHOVER,
MERYL TOMASHOVER, and
NEWLIGHT EYEWEAR, L.L.C.,

               Defendants.
------------------------------------------------------------X

**JUDGE CEDARBAUM**

**08 CV 0327**

**RULE 7.1 STATEMENT**



PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Art-Optic, Ltd., a private non-government al party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Dated: New York, New York
       January 14, 2008

SHIBOLETH, YISRAELI, ROBERTS & ZISMAN, L.L.P.

By: _____
    Shira Y. Rosenfeld (SR 5392)
    One Penn Plaza, Suite 2527
    New York, New York 10119
    Tel: (212) 244-4111
    Fax: (212) 563-7108

*Attorneys for Plaintiff Art-Optic, Ltd.*