UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ART-OPTIC, LTD.,                               :
                                               :
                          Plaintiff,           :          08 CV 0327 (MGC)(KNF)
                                               :
              v.                               :
                                               :          **DECLARATION OF**
SAMUEL TOMASHOVER,                             :          **SHIRA Y. ROSENFELD**
MERYL TOMASHOVER, and                          :
NEWLIGHT EYEWEAR, LLC,                         :
                                               :
                          Defendants.          :
------------------------------------------------------------X

CITY OF NEW YORK      )
                      )      ss.:
STATE OF NEW YORK     )

SHIRA Y. ROSENFELD makes the following statements under penalty of perjury:

1.      I am an attorney admitted to practice in the State of New York and in the United States District of the Southern District of New York. I am counsel to plaintiff Art-Optic, Ltd. ("Art-Optic") and make this affidavit in support of its motion for a preliminary injunction, seizure, impoundment and destruction of Defendants' infringing copies and reproduction equipment pursuant to 17 U.S.C. § 503, expedited discovery order and asset restraining order. I make this declaration based on my personal knowledge and review of the relevant documents.

2.      On June 8, 2007, the Tomashovers incorporated "Newlight Eyewear L.L.C." in New York with their home address as the address of the company. The corporate information for Newlight Eyewear, L.L.C. from the New York State Department of State, Division of Corporations is annexed hereto as Exhibit 1.

3.      On or about April 30, 2007, S. Tomashover applied for a trademark registration for the mark RONIT FURST (Serial No. 77169467). According to the application posted on the

1

United States Patent and Trademark Office website, S. Tomashover listed himself as the owner. The trademark application and the following documents from the U.S. Trademark and Patent office: (1) August 14, 2007 notice, (2) office action, (3) TARR system status info and (4) Trademark Electronic Search System printout are annexed hereto as Exhibit 2.

Dated: New York, New York
     January 16, 2008

SHIRA Y. ROSENFELD

2

# EXHIBIT 1

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: NEWLIGHT EYEWEAR L.L.C.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | NEWLIGHT EYEWEAR L.L.C. |
| **Initial DOS Filing Date:** | JUNE 08, 2007 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
NEWLIGHT EYEWEAR L.L.C.
444 EAST 75TH ST.
SUITE 17C
NEW YORK, NEW YORK, 10021

#### Registered Agent

NONE

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>          <u>New Search</u>

<u>Division of Corporations, State Records and UCC Home Page</u>    <u>NYS Department of State Home Page</u>

# EXHIBIT 2

Document Description: **Application**        Mail / Create Date: **30-Apr-2007**

[ Previous Page ]        [ Next Page ]        You are currently on page `1` of `3`

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77169467
### Filing Date: 04/30/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77169467 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\694 \77169467 \xml1\APP0002.JP G |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | RONIT FURST |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of BLACK AND WHITE. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1700 x 2224 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Samuel Tomashover |
| *STREET | 444 east 75th street |
| INTERNAL ADDRESS | suite 17c |
| *CITY | new york |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10021 |

| | |
|---|---|
| (Required for U.S. applicants only) | |
| PHONE | 212-288-5827 |
| FAX | 212-288-5827 |
| EMAIL ADDRESS | greeneyes_76@hotmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/01/2004 |
| DESCRIPTION | Optical frames |
| FILING BASIS | SECTION 1(a) |
| FIRST USE IN COMMERCE DATE | At least as early as 11/01/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\694\77169467\xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | HAND PAINTED OPTICAL FRAME |
| DESCRIPTION | Frames for spectacles and sunglasses |
| FILING BASIS | SECTION 1(a) |
| FIRST USE IN COMMERCE DATE | At least as early as 11/01/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\694\77169467\xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | HAND PAINTED OPTICAL FRAME |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Samuel Tomashover |
| STREET | 444 east 75th street |
| INTERNAL ADDRESS | suite 17c |
| CITY | new york |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10021 |

| | |
|---|---|
| PHONE | 212-288-5827 |
| FAX | 212-288-5827 |
| EMAIL ADDRESS | greeneyes_76@hotmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Apr 30 20:22:50 EDT 2007 |
| TEAS STAMP | USPTO/BAS-66.108.235.210-20070430202250510600-7716 9467-3702e2ba3c76e2efa724 13eefa37dece59a-CC-938-20 070430192722726524 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77169467**
**Filing Date: 04/30/2007**

## To the Commissioner for Trademarks:

**MARK:** RONIT FURST (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of RONIT FURST. The applicant is not claiming color as a feature of the mark. The mark consists of BLACK AND WHITE.
The applicant, Samuel Tomashover, a citizen of United States, having an address of suite 17c, 444 east 75th street, new york, New York, United States, 10021, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Optical frames; Frames for spectacles and sunglasses

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

Correspondence Information: Samuel Tomashover
                suite 17c
                444 east 75th street
                new york, New York 10021

212-288-5827(phone)
212-288-5827(fax)
greeneyes_76@hotmail.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

RAM Sale Number: 938
RAM Accounting Date: 05/01/2007

Serial Number: 77169467
Internet Transmission Date: Mon Apr 30 20:22:50 EDT 2007
TEAS Stamp: USPTO/BAS-66.108.235.210-200704302022505
10600-77169467-3702e2ba3c76e2efa72413eef
a37dece59a-CC-938-20070430192722726524

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*



| | |
|---|---|
| Document Description: **Offc Action Outgoing** | Mail / Create Date: **14-Aug-2007** |

Previous Page    Next Page    You are currently on page 2 of 2

| | |
|---|---|
| **To:** | Samuel Tomashover (greeneyes_76@hotmail.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77169467 - RONIT FURST - N/A |
| **Sent:** | 8/14/2007 6:43:07 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 8/14/2007 FOR APPLICATION SERIAL NO. 77169467

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77169467&doc_type=OOA&mail_date=20070814** (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from **8/14/2007**.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

**TDR Home**

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
**[required PDF viewer]**
**FAQ: Are you seeing only the first page of this PDF document?**

*If you need help:*

- *General trademark information: Please e-mail **TrademarkAssistanceCenter@uspto.gov**, or telephone either 571-272-9250 or 1-800-786-9199.*
- *Technical help: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail **TDR@uspto.gov**. If outside of the normal business hours of the USPTO, please e-mail **Electronic Business Support**, or call 1-800-786-9199.*
- *Questions about USPTO programs: Please e-mail **USPTO Contact Center (UCC)**.*

**NOTE:** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

| Document Description: **Offc Action Outgoing** | Mail / Create Date: **14-Aug-2007** |

Previous Page          Next Page          You are currently on page 1 of 2

| **To:** | Samuel Tomashover (greeneyes_76@hotmail.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77169467 - RONIT FURST - N/A |
| **Sent:** | 8/14/2007 6:43:05 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/169467

**MARK:** RONIT FURST

**CORRESPONDENT ADDRESS:**
SAMUEL TOMASHOVER
444 E 75TH ST APT 17C
NEW YORK, NY 10021-3457

**APPLICANT:** Samuel Tomashover

**CORRESPONDENT'S**
**REFERENCE/DOCKET NO:**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
greeneyes_76@hotmail.com

# *77169467*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 8/14/2007**

The assigned examining attorney has reviewed the referenced application and determined the following.

**SEARCH RESULTS**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02. However, before the mark can be published, the applicant must address the following.

## NAME IN MARK

Applicant must clarify whether the name in the mark identifies a particular living individual.

*If the name in the mark identifies a particular living individual,* then applicant must submit the following:

    (1) a signed, written consent from that individual, authorizing applicant to register the name as a trademark with the USPTO; and

    (2) a statement that "RONIT FURST identifies a living individual whose consent is of record."

*However, if the name in the mark does not identify a living individual,* then applicant must submit a statement that "RONIT FURST does not identify a living individual." Trademark Act Section 2(c), 15 U.S.C. §1052(c); TMEP §§813 and 1206.

## SPECIMEN

The specimen is not acceptable because it is merely a picture or rendering of the applied-for mark and does not show the applied-for mark in actual use in commerce on the goods or packaging for the goods. Section 45 of the Trademark Act requires use "on the goods or their containers or the displays associated therewith or on tags or labels affixed thereto." 15 U.S.C. §1127; *see* 37 C.F.R. §2.56(b) (1).

An application based on Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each class of goods. Trademark Act Sections 1 and 45, 15 U.S.C. §§1051 and 1127; 37 C.F.R. §2.34(a)(1)(iv).

Therefore, applicant must submit the following:

    (1) A substitute specimen showing the mark in use in commerce for the goods specified in the application; and

    (2) The following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: **"The substitute specimen was in use in commerce at least as early as the filing date of the application."** 37 C.F.R. §2.59(a); TMEP §904.09. If submitting a specimen requires an amendment to the dates of use, applicant must also verify the amended dates. 37 C.F.R. §2.71 (c).

Examples of specimens for goods are tags, labels, instruction manuals, containers, photographs that show the mark on the goods or packaging, or displays associated with the goods at their point of sale. TMEP §§904.04 *et seq.*

If applicant cannot satisfy the above requirements, applicant may amend the Section 1(a) filing basis (use in commerce) to Section 1(b) (intent to use basis), for which no specimen is required. However, should applicant amend the basis to Section 1(b), registration cannot be granted until applicant later amends the application back to use in commerce by filing an acceptable allegation of use with a proper specimen. 15 U.S.C. §1051(c); 37 C.F.R. §§2.76, 2.88; TMEP Chapter 1100.

In order to amend to Section 1(b), applicant must submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: **"Applicant has had a bona fide intention to use the mark in commerce on or in connection with the goods listed in the application as of the filing date of the application."** 15 U.S.C. §1051(b); 37 C.F.R. §§2.34(a)(2) and 2.35(b)(1); TMEP §806.03(c).

Pending a proper response, registration is refused because the specimen does not show the applied-for mark in use in commerce as a trademark. 15 U.S.C. §§1051 and 1127; 37 C.F.R. §§2.34(a)(1)(iv) and 2.56.

## DRAWING

The record suggests that the background design is the actual eyeglass frame and is not part of the mark. Therefore, applicant must submit a new drawing with the background design deleted since it does not appear to be part of the mark. TMEP §§807.02 and 807.14(a).

To submit a special-form drawing electronically via the Trademark Electronic Application System (TEAS), applicant must attach a digitized image of the mark to the communication. The requirements for an electronically submitted special-form drawing are as follows:

- The digitized image must be in JPG format, formatted at no less than 300 dots per inch and no more than 350 dots per inch.

- The Office recommends that the digitized image of the mark have a length and width of no smaller than 250 pixels and no larger than 944 pixels.

- The drawing must appear in black and white if color is not claimed as a feature of the mark, or in color if color is claimed as a feature of the mark.

- All lines in the image must be clean, sharp and solid, and not fine or crowded, and produce a high-quality image when copied.

37 C.F.R. §§2.52(b) and 2.53(c); TMEP §§807.04 *et seq* and 807.05(c).

## DESCRIPTION OF MARK

Applicant's description of the mark will not be printed on any registration that may issue from this application since it is actually a statement regarding color rather than a necessary description of the mark. TMEP §808.03. TMEP §§808.01(a) and 808.01(b).

## DECLARATION

The application was not signed and verified, which are application requirements. 15 U.S.C. §§1051 (a)-(b), 1126(d)-(e), 1141f(a); 37 C.F.R. §§2.33-2.34. Therefore, applicant must submit, in a signed affidavit or declaration under 37 C.F.R. §2.20, the following statement: **"The mark is in use in commerce and was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date, and the facts set forth in the application are true and correct."** TMEP §804.02.

**If applicant responds to this Office action via TEAS,** applicant may satisfy this requirement by

adding the required statement (specified immediately above) to the TEAS response form, checking the box for a "signed declaration," and properly signing the form by either (1) choosing an electronic signature consisting of any combination of letters, numbers, spaces and/or punctuation marks, preceded and followed by the forward slash (/) symbol (e.g., /johndoe/), and entering this in the signature block on the response form, or (2) attaching a JPG or PDF image of a declaration under 37 C.F.R. §2.20 (see declaration paragraph below) together with a pen-and-ink signature. 37 C.F.R. §2.193(c)(1)(iii); TMEP §804.05.

**If applicant responds to this Office action on paper, via regular mail,** applicant may satisfy this requirement by providing the following declaration at the end of the response, properly signed and dated:

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; *that the mark is in use in commerce and was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date; that the facts set forth in the application are true and correct;* that to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Midge F.  Butler/
Trademark Attorney
Law Office 107
571-272-9137
fax (571) 273-9107

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office Action should be filed using the Office's

Response to Office action form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information:*** *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help:*** *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- ***Questions about USPTO programs:*** *Please e-mail USPTO Contact Center (UCC).*

***NOTE:*** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-01-15 20:55:57 ET

**Serial Number:** 77169467 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



RONIT FÜRST

**(words only):** RONIT FURST

**Standard Character claim:** No

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-08-14

**Filing Date:** 2007-04-30

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**Attorney Assigned:**
BUTLER MIDGE FAE <u>Employee Location</u>

**Current Location:** L7X -TMEG Law Office 107 - Examining Attorney Assigned

**Date In Location:** 2007-08-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Samuel Tomashover

**Address:**

Samuel Tomashover
suite 17c 444 east 75th street
new york, NY 10021
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 212-288-5827
**Fax Number:** 212-288-5827

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Optical frames; Frames for spectacles and sunglasses
**Basis:** 1(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** 2004-11-01

---

## ADDITIONAL INFORMATION

---

**Description of Mark:** The mark consists of BLACK AND WHITE.

**Design Search Code(s):**
**25.03.01** - Checker board pattern; Checkerboard patterns
**26.11.21** - Rectangles that are completely or partially shaded
**26.17.01** - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
**26.17.06** - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-08-14 - Notification Of Non-Final Action E-Mailed

2007-08-14 - Non-final action e-mailed

2007-08-14 - Non-Final Action Written

2007-08-13 - Assigned To Examiner

2007-05-04 - Notice Of Design Search Code And Pseudo Mark Mailed

2007-05-03 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
SAMUEL TOMASHOVER
444 E 75TH ST APT 17C
NEW YORK, NY 10021-3457
Phone Number: 212-288-5827
Fax Number: 212-288-5827



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 15 04:11:07 EST 2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **RONIT FURST** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Optical frames; Frames for spectacles and sunglasses. FIRST USE IN COMMERCE: 20041101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 25.03.01 - Checker board pattern; Checkerboard patterns<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal |
| **Serial Number** | 77169467 |
| **Filing Date** | April 30, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Samuel Tomashover INDIVIDUAL UNITED STATES suite 17c 444 east 75th street new york NEW YORK 10021 |
| **Description of Mark** | The mark consists of BLACK AND WHITE. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY