**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ART-OPTIC, LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMUEL TOMASHOVER, MERYL, TOMASHOVER and NEWLIGHT EYEWEAR, LLC.,<br><br>*Defendants.* | Civil Action No.  08 CV 0327 (MGC)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Richard S. Schurin, Esq. of Gottlieb Rackman & Reisman, P.C., 270 Madison Avenue, New York, N.Y. 10016, as lead counsel for Defendants.  Hereafter, please include Richard S. Schurin, and his e-mail information, on the CM/ECF service list for Defendants.

                          Respectfully submitted,

                          GOTTLIEB, RACKMAN & REISMAN P.C.
                          Attorneys for Defendants
                          270 Madison Avenue
                          New York, N.Y. 10016
                          (212) 684-3900

                          By: _____/s/ Richard S. Schurin_____
                                  Richard S. Schurin (RS 0199)
                                  rschurin@grr.com

Dated:  New York, New York
        February 7, 2008