UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ART-OPTIC, LTD.,                                :         08 CV 0327 (MGC)

                Plaintiff,         :

SAMUEL TOMASHOVER, MERYL         :
TOMASHOVER and NEWLIGHT
EYEWEAR, LLC.,                                  :

                Defendants.      :
-------------------------------------------------------X

## DECLARATION OF RICHARD S. SCHURIN

Richard S. Schurin, declares and states as follows:

1.    I am counsel for the defendants in the above captioned action, and submit this declaration in opposition to plaintiff's motion for preliminary relief.

2.    Attached hereto as Exhibit A is a true and correct copy of the STATEMENT OF CLAIM filed by plaintiff in the Israeli District Court in Tel-Aviv, Israel on or about April 30, 2007.

3.    Attached hereto as Exhibit B is a true and correct copy of the REQUEST IN WRITING FOR ISSUING A TEMPORARY INJUNCTION AT THE PRESECE OF ONE PARTY filed by Plaintiff in the Israeli District Court in Tel-Aviv, Israel on or about April 30, 2007.

4.    Attached hereto as Exhibit C is a true and correct copy of the REQUEST TO PERMIT EX PARTE PERMIT (OUTSIDE JURIDICTION) filed by Plaintiff in the Israeli District Court in Tel-Aviv, Israel on or about April 30, 2007.

5.  Attached hereto as Exhibit D is a true and correct copy of the AFFIDAVIT OF EHUD BIBRING filed by Plaintiff in the Israeli District Court in Tel-Aviv, Israel on or about April 30, 2007.

6.  Attached hereto as Exhibit E is a true and correct copy of the WRITTEN CLOSING ARGUMENTS OF RESPONDENTS filed by defendants in the Israeli District Court in Tel-Aviv, Israel.

7.  Attached hereto as Exhibit F is a true and correct copy of the DECISION of the Israeli District Court in Tel-Aviv, Israel dated October 10, 2007.

Richard S. Schurin (RS 0199)

Dated: New York, New York
February 7, 2008