UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ART-OPTIC, LTD.,                  :
                                        :
                 Plaintiff,      :
                                          :
                                          :         08 CV 0327 (MGC)(KNF)
                 v.                   :
                                          :         **REPLY**
SAMUEL TOMASHOVER,          :       **DECLARATION OF**
MERYL TOMASHOVER, and      :      **SHIRA Y. ROSENFELD**
NEWLIGHT EYEWEAR, LLC,      :
                                          :
                 Defendants.     :
-----------------------------------------------------------------X

STATE OF NEW YORK      )
                              )     ss.:
COUNTY OF NEW YORK   )

      1.      I am an attorney admitted to practice in the State of New York and in the United

States District Court Southern District of New York. I am counsel to plaintiff Art-Optic, Ltd. ("Art-

Optic") and make this reply declaration in support of its motion for a preliminary injunction,

seizure, impoundment and destruction of Defendants' infringing copies and reproduction equipment

pursuant to 17 U.S.C. § 503, expedited discovery order and asset restraining order. I make this

reply declaration based on my personal knowledge and review of the relevant documents.

      2.      I make this declaration based upon my personal knowledge and review of the

documents and attest that the following documents are true and correct copies of the original:

      a.      Exhibit 1 (P0001 – P003): Two letters from Plaintiff's accountants, Shtainmetz – Aminoach and Co., CPA confirming the amount of sales to Samuel Tomashover in 2004 and 2005-2006. Exhibit B (P0022 - P0023): Email correspondence between the parties.

      b.      Exhibit 2 (P0004 – P0021): Invoices for sales by Art-Optic to Samuel Tomashover.

      c.      Exhibit 3: Summary of Invoices for Frames Purchased by the Tomashovers from Art-Optic in 2005 and 2006

    d.    Exhibit 4 (P0022-P0033): Certified copy and translation of transcript from District Court of Tel Aviv-Jaffa proceedings on September 20, 2007.

    e.    Exhibit 5 (P0034-P0035): E-mail dated March 15, 2006 from Samuel Tomashover to Ehud Bibring.

    f.    Exhibit 6 (P0036): E-mail dated June 15, 2006 from Samuel Tomashover to Ehud Bibring.

    g.    Exhibit 7 (P0037): Email dated October 15, 2007 from Samuel Tomashover to Diane Neff who forwarded the e-mail to Avri Beeri

Dated: New York, New York
       February 18, 2008

                                  SHIRA Y. ROSENFELD

**EXHIBIT 1**



BDI CODE 2007

ISRAEL'S LEADING COMPANIES
ISRAEL'S LEADING
ACCOUNTING FIRMS

## Shtainmetz - Aminoach and Co., CPA

### Ranked 15th by BDI among Leading Accounting Firms in Israel

BDI CODE

BDI code of
RANKED BY BDI CODE
2007



Shtainmetz Aminoach & Co.
C P A

Boaz Aminoach, CPA, MBA
Yaacov Shtainmetz, CPA, Adv. MA
Ehud Avrahami, CPA
Shmuel Birshbield, CPA, Adv
Otec Cheredman, CPA, LLB, MBA

30/01/08

To:

Mr. Ehud Bibbring

Art Optic Ltd. (hereinafter: "the company")

### Subject: Sales to the Client Tomshuver Samuel New- York
### (hereinafter: "the client")

As the Accountants of the company, we hereby confirm, based on the invoices that were issued by the company to the client and according to his payments due to them, that the company sold to the client during the year 2004 frames in the amount of 22,568 $.

Sincerely Yours,

Shtainmetz Aminoach & Co.

C.P.A.

45742-1.DOC 2/3/08 8:56 AM בתאריך נוצר פנימי



Reen Aminoach, CPA, MBA
Yaacov Shtainmetz, CPA, Adv, MA
Ehud Avrahaeu, CPA
Samuel Hirshfeld CPA Adv
Gilor Gbereimaan CPA LLB MBA

Shtainmetz Aminoach & Co.
CPA

30/01/08

To:

Mr. Ehud Bibbring

Art Optic Ltd. (hereinafter: "the company")

## Subject: Sales to the Client Tomshuver Samuel New- York
## (hereinafter: "the client")

As the Accountants of the company, we hereby confirm, based on the invoices that were issued by the company to the client and according to his payments due to them, that the company sold to the client in 2005- 2006 as follows:

During the year 2005, the company sold frames in the amount of 97,810 $.

During the year 2006, the company sold frames in the amount of 59,586 $.

Sincerely Yours,

Shtainmetz Aminoach & Co.

C.P.A.

**EXHIBIT 2**

# Art Optic Ltd
*Hand Painted Eyewear*

To: Samuel Tomashover                February-14-2005
    444 east 75th Street
    Suite #17c, N.Y
    New York 10021
    U.S.A

### Invoice #PO/0093

**Reg: 290 Pcs** Hand Painted acetate Optical frames.

Price per pc 25.00 US$, **Total Value 7250.00 US$.**

Origin of goods- Israel.

Shipper- DHL,  Packed in one master carton.

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover                    February-15-2005
444 east 75th Street
Suite #17c, N.Y
New York 10021
U.S.A

## Invoice #OP/0094

**Reg: 734 Pcs Hand Painted acetate Optical frames.**

Price per pc- 25.00 US$, Totaling 18,350.00 US$.

EMS freight (& insurance): for this shipment, plus 1000 cases sent on Feb 10,
Plus freight (EMS) for 290 pcs sent on the 14th- 862.00 US$.

## Total Value: 19,212 US$

**Comments:**
**24 Frames** are sent F.O.C- replacements.
**24 Optical cases** are included in this shipment (f.o.c for sales promotion
purposes)

Origin of goods- Israel

Goods are packed in 2 master cartons

Shipper EMS trucking numbers: **EE055786975IL, EE055786839IL**

מכס דואר חבילות ת"א

15 -02- 2005

לייצוא אישור
חתימת

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
**Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel**

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
444 east 75th Street
Suite #17c, N.Y
New York 10021
U.S.A

March-01-2005

## INVOICE #PO/0097

**Reg: 310 Pcs** Hand Painted acetate optical Frames.

Price per pc- 25.00 US$, Totaling 7750.00 US$.
Freight & Insurance-                    95.00 $

**Total Value-**                        **7845.00 US$**

Origin of Goods- Israel

Goods are packed in one master carton.

Shipped by EMS, tracking no.EE 055786887 IL.

Art Optic Ltd   TelFax:972-3-5351942,  **Mobile: 972(0)54-4847708 (Ehud)**
**Address:** 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

To: Samuel Tomashover                          April-06-2005
444 east 75th street
Suite #17c, N.Y
New York 10021
U.S.A

### INVOICE #OP/0100

| Model | Quantity | Price/pc | TOTAL |
|---|---|---|---|
| 1762 | 34 Pcs | 25.00 | 850.00 |
| 1763 | 58 | 25.00 | 1450.00 |
| 1764 | 11 | 25.00 | 275.00 |
| 1680 | 110 | 25.00 | 2750.00 |
| 1686 | 27 | 25.00 | 675.00 |
| 1440 | 37 | 25.00 | 925.00 |
| 1540 | 86 | 25.00 | 2150.00 |
| 1556 (53-20) | 16 | 25.00 | 400.00 |
| 1174 | 66 | 25.00 | 1650.00 |
| 2321 | 2 | 25.00 | 50.00 |
| 2148 | 12 | 25.00 | 300.00 |
| Total: | 459 Pcs | | 11,475.00 |

Credit  -  633.00
EMS freight & Insurance:  158.00
**Total Value:**                          **11,000.00 US$**

Origin of Goods- Israel

Goods are packed in one Master Carton

Shipper- E.M.S trucking number: EE 060907336 IL.



Art Optic Ltd  TelFax:972-3-5351942, **Mobile:** 972(0)54-4847708 (Ehud)
**Address:** 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light eyewear
444 east 75th street
suite #17C
NY, New York 10021
U.S.A

May-15-2005

### Invoice #OP/107

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical frames & Cases | 451 pcs | 25.00 | 11,275 |
| Optical Cases (Charged in previous Invoice #op/100) | 400 pcs | | F.O.C |
| EMS freight & Insurance | | | 575.00 |
| **Total Value-** | | | **11,850 US$** |

Origin of Goods- Israel

Goods are Packed in 5 Master Cartons: Carton no.1 containing 451 Frames & 51 Cases, Cartons 2-5 containing 800 Cases (200 pcs each).

Shipper- EMS, trucking numbers: EE 060907407 IL, EE 060907424 IL, EE 060907438 IL, EE 060907441 IL, EE 060907455 IL.



Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light eyewear
444 east 75th Street
Suite #17C
NY, New York 10021
U.S.A

July-19-2005

## INVOICE #OP/113

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical Frames | 427 Pcs | 25.00 | **10,675** |
| Optical Cases | 400 Pcs | F.O.C | 00 |
| EMS postage & Insurance | | | 368.00 |
| **Credit** due for 108 frames (found defected under Warrantee) | | 25.00 | **- 2700.00** |
| **Total Value -** | | | **8,343.00 US$** |

Origin of Goods- Israel

Goods are packed in 3 Master Cartons

Shipper EMS, Tracking numbers: EE 062588459 IL, EE 062588462 IL,
EE 062588476 IL.

Art Optic Ltd   TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
**Address:** 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light eyewear
444 east 75th street
Suite #17/C
N.Y, New York 10021
U.S.A

September-04-2005

## Invoice #OP/115

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical frames | 245 Pcs | 25.00 $ | 6,125.00 $ |
| Optical Cases | 200 Pcs | F.O.C | ------- |
| EMS postage & insurance | | | 225.00 |
| Total Value- | | | **6,350.00 US$** |

Origin of Goods- Israel

Goods are packed in 2 master cartons

Shipper EMS, tracking no. EE 062588555 IL, EE 062588564 IL.

New color samples-color codes TRS (tiger temples,shiny front) and
**TRM** (tiger temples,matt front) in assorted models **35 pcs are included**
In this shipment- F.O.C.
Also included small & large cards for advertising purpuses.

Art Optic Ltd   TelFax:972-3-5351942,  Mobile: 972(0)54-4847708 (Ehud)
**Address:** 61 Hazamir St:, Kiryat-Ono, 55507, Israel

P0010

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light Eyewear
444 east 75th street
Suite #17C
NY, New York 10021
U.S.A

October-30-2005

### INVOICE #OP/119

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical Frames | 610 Pcs | 25.00 | 15,250.00 |
| EMS postage & Insurance (postage including 600 cases- to be sent later this week) | | | 495.00 |

**Total Value-** **15,745.00 US$**

Origin of goods- Israel

Frames are packed in one master carton

Shipper- EMS, tracking number: EE 062588670 IL



Art Optic Ltd   TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

P0011

# Art Optic Ltd
### *Hand Painted Eyewear*

**To:** Samuel Tomashover
    New Light Eyewear
    444 east 75th street
    Suite #17C
    N.Y, New York 10021

November-06-2005

## INVOICE #OP/120

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate optical frames | | | |
| Model 2148- | 40 Pcs | 25.00 | 1,000.00 |
| In the following colors: | | | |
| 01- 10 pcs | | | |
| 02- 14 pcs | | | |
| 5a- 6 pcs | | | |
| 13- 4 pcs | | | |
| 08- 1 pc | | | |
| 09- 1 pc | | | |
| 14a-1 pc | | | |
| 16- 1 pc | | | |
| 33- 1 pc | | | |
| 3a- 1 pc | | | |
| | | | |
| **Model 1174 color 5a** (replacement) | | | F.O.C |
| | | | |
| Optical Cases (not for sale, for Sales promotion purposes only)- | 600 Pcs | | F.O.C |
| | | | |
| E.M.S postage & Insurance | | | 65.00 |
| | | | |
| Total Value- | | | **1,065 US$** |

Origin of Goods- Israel

Shipper EMS, tracking number EE 062588706 IL (frames)
EE 062588710 IL, EE 062588723 IL, EE 062588737 IL

Art Optic Ltd  TelFax:972-3-5351942, Mobile: 972(0)54-4847708 (Ehud)
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light Eyewear
444 east 75th street
Suite #17C
New York, NY 10021

December-11-2005

## INVOICE #OP/123

**Reg:** Hand Painted acetate Optical frames

| Model no. | Quantity | Price/pc | Total |
|---|---|---|---|
| 1762 | 32 Pcs | 25.00 | 800.00 |
| 1763 | 14 | 25.00 | 350.00 |
| 1764 | 38 | 25.00 | 950.00 |
| 1540 | 11 | 25.00 | 275.00 |
| 1680 | 14 | 25.00 | 350.00 |
| 1686 | 18 | 25.00 | 450.00 |
| 1556(49-20) | 24 | 25.00 | 600.00 |
| 2705 | 20 | 25.00 | 500.00 |
| 1440 | 2 | 25.00 | 50.00 |
| 1174 | 39 | 25.00 | 975.00 |
| 2319 | 21 | 25.00 | 525.00 |
| 2321 | 80 | 25.00 | 2000.00 |
| 2148 | 31 | 25.00 | 775.00 |
| 2147 | 9 | 25.00 | 225.00 |
| 2320 | 22 | 25.00 | 550.00 |
| 1679 | 6 | 25.00 | 150.00 |
| 2322(delivered in September to Vegas) | 12 | 25.00 | 300.00 |
| | 393 Pcs | | 9825.00 |

**Credit for 32 frames under Guarantee-** - 800.00

EMS postage & Insurance- 125.00

Total Value- **9150.00 US$**

Origin of Goods- Israel

Shipper EMS, goods are packed in one master carton: EE 069956507 IL.

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
**Address:** 61 Hazamir St., Kiryat-Ono, 55507, Israel

P0013

# Art Optic Ltd
*Hand Painted Eyewear*

To: Samuel Tomashover
    New Light Eyewear
    444 east 75th street
    Suite # 17C
    NY, New York 10021
    U.S.A

February-02-2006

## INVOICE #OP/127

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical frames | 385 Pcs | 25.00 | 9,625.00 |
| Optical Cases | 440 Pcs | | F.O.C. |
| EMS postage & Insurance (postage including 20ks-brochures to be sent next week) | | | 575.00 |

**Total Value-**                                       **10,200 US$**

Origin of Goods- Israel

Optical frames are packed in one carton no.1, cases are packed in 2 cartons no.1 & 2.

Shipper EMS.

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light eyewear
444 east 75th street
Suite #17C
New York, NY 10021
U.S.A

March-07-2006

## INVOICE #OP/129

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical Frames | 93 Pcs | 25.00 | 2325.00 |
| EMS postage & Insurance | | | 85.00 |
| **Total Value-** | | | **2,410.00 US$** |

Origin of Goods- Israel

Goods are packed in one master carton

Shipper EMS- tracking no. **EE 068697001 IL.**

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
New Light eyewear
444 east 75th street
Suite #17C
New York, N.Y 10021
U.S.A.

March-23-2006

## INVOICE #OP/131

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical Frames & Cases | 467 Pcs | 25.00 | 11,675.00 |
| EMS Postage | | | 455.00 |
| Total Value- | | | 12,130 US$ |

Origin of Goods- Israel

Goods are packed in 3 master cartons. Carton no.1 contains 467 Frames, 50 Cases, carton no. 3 & 4 contain 400 Cases.

Shipper EMS



Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Samuel Tomashover
Newlight Eyewear
444 east 75th street
Suite #17C
New York, N.Y 10021
U.S.A.

March-27-2006

## INVOICE #OP/132

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical frames: | | | |
| New colors (for exhibition only)- | 48 Pcs | 12.50 | 600.00 |
| Model 1540 in assorted colors- | 64 Pcs | 25.00 | 1,600.00 |
| EMS Postage- | | | 80.00 |
| **Total Value-** | | | **2,280.00 US$** |

Origin of Goods- Israel

Goods are packed in one master carton

Shipper- EMS



Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address:  61 Hazamir St., Kiryat-Ono,  55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Sammy Tomashover
444 east 75th street
Suite #17C
New York, NY 10021
U.S.A.

April-11-2006

## INVOICE #OP/135

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical frames Intended as SAMPLES for Rep (Vikie) And are not for sale ! | 70 Pcs | 12.50 | 875.00 |
| Model 2147-06 | 1 pc | 25.00 | 25.00 |
| 5 pairs of temples for 1680-03,3a. | | | F.O.C. |
| EMS Postage- | | | 65.00 |
| **Total Value-** | | | **965.00 US$** |

Origin of Goods- Israel

Goods are packed in one master carton

Shipper- EMS, tracking no. EE 072544687 IL

Art Optic Ltd  TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
**Address:** 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
### *Hand Painted Eyewear*

**To:** Sammy Tomashover
New Light eyewear
444 east 75th street
Suite 317C
New York, NY 10021
U.S.A.
Tel: 212-2885827

May-14-2006

## INVOICE # OP/137

| Description | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted acetate Optical Frames & Cases | 117 Pcs | 25.00 | 2925.00 |
| Cases owed from previous Shipments | 83 Pcs | F.O.C. | F.O.C. |
| EMS postage | | | 250.00 |
| Total Value- | | | **3,175.00 USD** |

Origin of Goods- Israel

Goods are packed in 2 master cartons

Shipper EMS, tracking no: **EE 072544815 IL** (117 frames),
**EE 072544829 IL** (200 cases).

Art Optic Ltd   TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

**To:** Sammy Tomashover
New Light eyewear
444 east 75th street
Suite # 17C
New York, NY 10021
U.S.A.

July-27-2006

## Invoice #OP/139

| Description | Quantity | Price/pc | Amount |
|---|---|---|---|
| Hand Painted acetate Optical Frames & Cases | 482 Pcs | 26.00 | 12,532.00 |
| Frames samples for Reps | 100 Pcs | 13.00 | 1,300.00 |
| EMS Postage | | | 490.00 |
| Total Value- | | | **14,322 USD** |

**Comments:**
400 Cases are supplied with this shipment, 82 pcs shall
be sent with next shipment.

Origin of Goods: Israel

Goods are packed in 3 master cartons

Shipper EMS, tracking no.: EE 072544850 IL (582 frames),
EE 072544863 IL (200 cases), EE 072544877 IL (200 cases)

Art Optic Ltd   TelFax:972-3-5351942, **Mobile: 972(0)54-4847708 (Ehud)**
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

# Art Optic Ltd
*Hand Painted Eyewear*

To: Samuel Tomashover
444 East 75th Street
Suite #17C
New York, NY 10021
U.S.A.

October-03-2006

## INVOICE #OP/146

| Description: | Quantity | Price/pc | Total |
|---|---|---|---|
| Hand Painted Optical Frames | 514 Pcs | 26.00 | 13,364 |
| Cases | 600 Pcs | | F.O.C. |
| EMS postage (including postage For 200 cases sent under OP/140)- | | | 740 |
| Total Value- | | | 14,104.00 USD |

Origin of Goods- Israel

Goods are packed in 4 master cartons, Shipper EMS tracking numbers:
EE 072544925 IL,  EE 072544934 IL,  EE 072544948 IL,  EE 072544951 IL

Art Optic Ltd   TelFax:972-3-5351942,  Mobile: 972(0)54-4847708 (Ehud)
Address: 61 Hazamir St., Kiryat-Ono, 55507, Israel

P0021

**EXHIBIT 3**

## Summary of Invoices For Frames Purchased By the Tomashovers from Art-Optic, Ltd. in 2005 and 2006*

| Date | Amount of Frames Purchased | Price |
|---|---|---|
| 2/14/2005 | 290 | 7,250 |
| 2/15/2005 | 734 | 18,350 |
| 3/1/2005 | 310 | 7,750 |
| 4/6/2005 | 459 | 10,842 |
| 5/15/2005 | 451 | 11,850 |
| 7/19/2005 | 427 | 7,975 |
| 9/4/2005 | 245 | 6,125 |
| 10/30/2005 | 610 | 15,250 |
| 11/6/2005 | 40 | 1,000 |
| 12/11/2005 | 393 | 9,025 |
| 2/2/2006 | 385 | 9,625 |
| 3/7/2006 | 93 | 2,325 |
| 3/23/2006 | 467 | 11,675 |
| 3/27/2006 | 112 | 2,200 |
| 4/11/2006 | 71 | 900 |
| 5/14/2006 | 117 | 2,925 |
| 7/27/2006 | 482 | 13,832 |
| 10/3/2006 | 514 | 13,364 |
| **TOTAL** | **6,200** | **$152,263.00** |

* Plaintiff is not in possession of two invoices for 2005 and 2006. However, Art-Optic, Ltd.'s accountant certified that total sales were $157,396.00.

**EXHIBIT 4**

## AFFIDAVIT OF TRUE TRANSLATION

STATE OF NEW YORK            )
                             )ss:
COUNTY OF NEW YORK           )

Sara Schuster, being duly sworn deposes and says:

1.   I am an accredited court interpreter and translator.

2.   I am well acquainted with the Hebrew and English Languages.

3.   The attached document marked "B" which is endorsed by my signature in the
     bottom left corner for purposes of identification, is a true translation of the document
     marked "A" which is similarly endorsed by my signature in the bottom left corner
     for purposes of identification.

Sara Schuster

Sworn to before me
February 15, 2008

Notary Public

ELLEN S. GOLDSTEIN
Notary Public, State of New York
No. 01GO5017326
Qualified in New York County
Commission Expires August 30, 2009

Document "A"

1

בתי המשפט

בית משפט מחוזי תל אביב-יפו

בשא07/009267
בתיק עיקרי: א 001661/07
20/09/2007

בפני: כבוד השופט יהודה זפט – סגן נשיא

בעניין: ארט אופטיק בע"מ

המבקשת

נ ג ד

1. סמואל טומשובר
2. גברת מריל טומשובר

המשיבים

נוכחים: ב"כ המבקשת עו"ד גנוחר
ב"כ המשיבים עוה"ד לחב ושמעוני

פרוטוקול

ב"כ המבקשת: אני מבקש למשוך את התצהירים שצורפו לבקשה זולת תצהיר מנהל המבקשת.

החלטה

כמבוקש.

ניתנה היום ח' בתשרי, תשס"ח (20 בספטמבר 2007) במעמד הצדדים.

_____
השופט יהודה זפט – סגן נשיא

ב"כ המבקשים: מעיין את המשקפיים המזוייפות שבהם המספר "13" שעל גבי ידית המשקף הוא מודפס ואצל המבקשת המספר כתוב בכתב יד על ידי הציירת. זה ההבדל הבולט.
המסגרות מונשת.

Sana Schate



2



בתי המשפט

בית משפט מחוזי תל אביב-יפו     בשא007/009267

בתיק עיקרי: א 001661/07

בפני:    כבוד השופט יהודה זפט - סגן נשיא    20/09/2007

**אהוד ביברינג לאחר שהוחזר כתום**
**משיב בת.נ. לב"ש המשיבים**

ש. אתה סוע שחמשיבים מזויפים את החשקפיים של המבקשת. איזה ראיה יש לך שחמשיבים מזויפים את החמשפים שלכם ולא אחרים?

ת. חנות אופטיקה בשם אנסייד איוונרד קנתה מחמשיבים את החמשקפיים האלה ונתנו לה חשבונית על הרכישה ונציג החנות שנמצאת בחו"ל שלחה לי אותם כמזויפים.

ש.ת. הייתי מערב בהתקשרות בין הצדדים.

ש. אתה מכיר את סעיף 5 לחסכם בין הצדדים - חייב אפור לתת לו זכות סירוב ראשונה. למה זה לא קרה?

ת. ההסכם חיה לשנה, זו היתה שנת נסיון והכוונה הכללית היתה שאם הכל יחיה בסדר נמשיך הלאה.

ש. בסעיף 5 כתוב שאם ההתקשרות תתקיים אתה תרכוש ממנו את החמשסגרות ותיתן לו זכות סירוב ראשונה.

ת. ההתקשרות הסתיימה בסוף 2006.

ש. בסוף שנת 2006 כשהסתיימה החתקשרות לא ניתנה לו זכות הסירוב הראשונה ולא רכשתי ממנו את חמשסגרות כי הוא לא ביקש.

ש. אם היום החמשיב 1 יבקש ממך לרכוש ממנו את ה-3-2 אלף מסגרות שנמצאות אצלו – אתה תסכים לרכוש אותם?

ת. משחמשפיים שהם של המבקשת, שאנחנו ייצרנו אותם סוג איא' – אני חושב שאני ארכוש ממנו אותם.

ש. מעבר לשמע של אותה חנות חנות שאמחת לך שהם קנו מחמשיב סחורה מזוייפת, יש לך ראיה נוספת לטענת הזיוף?

ת. חיתה תערוכה בניו יורק בחודש מרץ שם שם הוא הציוג כמה מאות מסגרות, לאחר שהוא לא קנה ממני כמה חודשים מסגרות, גברת בשם רות דומבר ראתה שהוא מוכר זיופים ויש חנות בורגינייה שקנתה מחמשיבים זיופים וגם סיפרה לנו על כך.

ש. לגבי חתנות בורגינייה – אני מפנה לתצהיר של איתמר בו שם נאמר שבני זוג הגיעו, לא אמרו טומשובר.

ת. בני זוג זה שני חמשיבים, חם מכרו מסגרות שכתוב עליהם רוניית פירש.



**3**

בתי המשפט

בית משפט מחוזי תל אביב-יפו      בש"א 009267/07

בתיק עיקרי: א 001661/07

בפני:     כבוד השופט יהודה זפט - סגן נשיא     20/09/2007



ש. לגבי הגברת רות דומבר – עיינתי בתצהיר ויש הפניה לתמונות, נספח ו לכתב התביעה. אלה
התמונות מחירידר שעליו דיברנו?

ת. כן. אלה הן תמונות שצולמו מרחוק, לא אפשרו לה לצלם מרחוק. הרקע הצבעוני זה רקע שהם
קיבלו מאיתנו בעריכה הקודמת.

ש. אני אומר שזה של קלווין קליין?

ת. זה לא נכון, זה חלק מהמסטר שלנו. רות דומבר לא תצהיר הצהרת שקר. באתר של התערוכה
רשום שהם מופיעים בתערוכה הזאת שהתקיימה במרץ, רשום "רונית פירסט" ולא אנחנו חיינו
פיסית. כתוב בעמוד האינטרנט שאני מציג לך טומשובר.

ש. אני אומר לך שהמסגרות האלה שלטענת נמכרו באותה תערוכה על ידי משיב 1 זה חלק
מאותה 3 אלף המסגרות שמכרתם לו והוא מבקש לחתפטר מהם

ת. בשנתיים שהוא עבד איתני הוא קנה כל פעם כמויות קטנות, לפי ההזמנות שהוא קיבל מחנויות
כך שלא חניוני שיהיה בידו סטוק כוח גדול. מדובר במשקפיים מזוייפים ושהוא לא תקוע איתם,
הוא מוכר אותם יום יום.

_ממשיך טומשובר לאחר שהתחזר בחוץ_
_משיב בת.ג, לעו"ד גניחר, ב"כ המבקשת_

ש. אני מציג לפניך את זוגות המשקפיים שתונשו בפתח הדיון ואני מפנה אותך למספר "13" שעל
גבי דית המשקף. כיתוב המספרים הוא אותו דבר! אני אומר לך שאחד כתוב בכתב יד והשני
מודפס.

ת. אני מסכים, האחד מודפס והאחד כתוב.

ש. האם אי פעם קנית מהמבקשת ולו מסגרת אחת שעליה המספר הקטלוגי של הצבע מודפס, כמו
בדוגמא של המספר "13" שהצגתי לך קודם?

ת. עד לפני שקיבלתי את כתב התביעה לא הבחנתי בהבדל בין מספר מודפס לבין מספר הכתוב
בכתב יד.

ש. לא אבחנת כי לא יכולת לאבחן כי מעולם לא קיבלת פרונית פירסט משקפיים שהמספר עליהם
מודפס כי הם לא עשיתם זאת. אתה יכול להכחיש או לאשר ואני
ת. אני לא יכול לאשר.



4



בתי המשפט

בית משפט מחוזי תל אביב-יפו                    בשא 009267/07

בתיק עיקרי: א 001661/07

20/09/2007

בפני:     כבוד השופט יהודה זפט – סגן נשיא

ש. האם הצגתם או לא הצגתם בורגינה משקפיים של רונית פירסטן?
ת. במערכת השיווק והמאמצים חייב במדינת וירגיניה ונסינו למכור מסגרות בעיירות שונות בורגינה כמו בכל מדינה אחרת בארה"ב, עשינו מאמצים לשווק.
ש. באשר לתצהירה של קסי שו – האם חופעת אצלה ומכרת לה מסגרתה?
ת. כן.
ש. האם היית בירוד בניו יורק שבת הנבי' רות דומבר הציגה?
ת. הייתי בירוד בניו יורק וחיה לי דוכן שם.
ש. כאשר קיבלת חודעה במייל מבינרון שהוא מפסיק את ההתקשרות. היה לך מלאי שלו?
ת. קיבלתי את חמייל הזה וחיה לי מלאי.
ש. למה לא ביקשת ממנו לקנות את המלאי?
ת. כי הוא ביקש את הכתובות של חקליינטים שלי, שלח להם מכתבים שאין לי זכות למכור יותר מסגרות וחתחיל למכור להם ישירות מסגרות. אני גר בארה"ב והיתה לי בעיה לבנות את התביעה.
ש. נשארת עם מלאי גדול ויש לך מסמך בו חוא מתחייב לרכוש ממך את המלאי, למה לא שלחת לו מייל ואמרת לו שלפי החוזם הוא חייב לרכוש ממך את המסגרותה?
ת. קיבלתי מכתב מעו"ד גניחר ובו לא אוזכר הזכות שלי לפי סעיף 5. במכתב היה כתוב שאני אודיע לכל הלקוחות שלי שיתקשרו מעו"ד הדין במקרה שהם רוצים לרכוש מסגרות.
ש. לא זכרת שיש סעיף 5 שעומד בעצם לחגן עליך?
ת. באותו שלב לא קראתי את סעיף 5, חייתי במצב נפשי קשה, חייתי מושקע במלאים שחוא לא ידע אפילו.
ש. אני אומר לך שאתה לא הצעת לו לרכוש את המסגרות כי הן מזוייפות ובריגע שחיית מציע לו חששת שחוא ידע שמדובר במזוייפות.
ת. שקר.
ש. באשר לנספח ג לתשובת המבקשת.
ת. זו הזמנת תשלמה לחזמנה גדולה שעשתה.
ש. בחמשך לאותו נספח ג – יש לך סטוקים ואתה מזמין 2-3 מסגרותה?
ת. נכון שיש לי סטוקים אבל הרבה מהם יושבים בחשבונות קונסטיגנציה אצל לקוחות.

Sara Schwal

P0026



5

בתי המשפט

בית משפט מחוזי תל אביב-יפו                     בשא 009267/07

                                               בתיק עיקרי: א 001661/07

בפני:    כבוד השופט יהודה זפט - סגן נשיא          20/09/2007


<u>החלטה</u>

סיכומי המבקשות יוגשו בתוך 5 ימים.

סיכומי המשיבים יוגשו בתוך 5 ימים לאחר מכן.

פברת סוכות תמנה.

ארכו של כתב סיכומים לא יעלה על 5 עמודים (רווח כפול, שוליים כמקובל, גופן דיויד 12, A4)

שתי המסגרות שחונשו יוכנו למעטפה שסומנה 2.

ניתנה היום ח' בתשרי, תשס"ח (20 בספטמבר 2007) במעמד הצדדים.

_____
השופט יהודה זפט - סגן נשיא





Sara Schute

Document "B"                              1

Translation from Hebrew
Corresponds to page 1

[Emblem]
The courts

(Rubber stamps:
89
Tel Aviv – Jaffa)

**Tel Aviv-Jaffa District Court**                    BSA 009267/07
                                                     In main case: A 001661/07
**Before: The Honorable judge Yehuda Zaft – Vice President**    09/20/2007

In the matter of:    Art Optic, Ltd.
                                                     **Plaintiff**

Against

1. Samuel Tomashover
2. Mrs. Meril Tomashover
                                                     **Defendants**

Present:  Plaintiff's attorney, Ganihar, Esq.
          Defendants' attorneys,  Lahav, Esq. and Shimoni, Esq.

**Proceedings**

Plaintiff's attorney:   I request to withdraw the affidavits which were attached to the
application except for the affidavit of the plaintiff's manager.

**Decision**

As requested.

**Given today, 8 Tishrei 5768 (September 20th 2007) in the presence of the parties.**

-------------------------------------------
**Judge Yehuda Zaft – Vice President**

Plaintiff's attorney:  Presents the counterfeit glasses with number "13" printed on the arm
whereas on the plaintiff's the number is handwritten by the painter.  This is the obvious
difference.
The frame is submitted.

Sara Schuster

P0028

2

Translation from Hebrew
Corresponds to page 2

[Emblem]
The courts

(Rubber stamps:
District court
Tel Aviv – Jaffa)

Tel Aviv – Jaffa District Court

BSA 009267/07
In the main case A 001661/07
09/20/2007

Before: The Honorable judge Yehuda Zaft – Vice President

Ehud Bibering after being rightfully warned
Responds in cross-examination to the defendants' attorney

Q: You claim that the defendants forged the plaintiff's glasses.  What proof do you have that the defendants are forging your glasses and not those of others?
A: An optics store called *Inside Hayward* purchased those glasses from the defendants and gave them an invoice.  The representative of the store which is located overseas sent them to me as counterfeit.
Q.A: I was involved in the agreement between the parties.
Q: You are familiar with paragraph 5 of the agreement between the parties – you were supposed to give him the right of first refusal.  Why did it not happen?
A: The agreement was for one year.  This was a trial year and the general intention was that if everything went well we would continue.
Q: Paragraph 5 states that if the agreement would exist you will purchase the frames from him and will give him the right of first refusal.
A: The agreement expired at the end of 2006.
Q: At the end of 2006 when the agreement expired he was not given the first right of refusal and I did not purchase the frames from him because he did not ask me to.
Q: If the first defendant asked you today to purchase from him the 3 thousand frames which are in his possession – would you agree to purchase them?
A: I think that I would purchase from him glasses that the plaintiff produced as type "AA".
Q: Other than the store that told you that they had purchased counterfeit glasses from the defendant, do you have further proof of the forgery claim?
A: There was an exhibition in New York in March where he showed a few hundred frames, after he had not bought frames from me for several months.  A woman by the name of Ruth Domber saw that he was selling forgeries and there is also a store in Virginia that bought forgeries from the defendants and also told us about it.
Q: About the store in Virginia – I refer you to Itamar's affidavit where it says the a couple came, they did not say Tomashover.
A: A couple means the defendants.  They sold frames with the inscription Ronit First.

Sara Schuster

P0029

3

Translation from Hebrew
Corresponds to page 3

**[Emblem]**
**The courts**

(Rubber stamps:
Illegible)
**BSA 009267/07**
**In main case A 001661/07**

**Tel Aviv – Jaffa District Court**

**Before: The Honorable judge Yehuda Zaft – Vice President     09/20/2007**

Q: In the matter of Mrs. Roth Domber – I read the affidavit and there is a reference to pictures, appendix f to the indictment. Are those pictures from the fair which you have discussed?
A: Yes. Those are pictures that were taken from afar. She was not allowed to take pictures from afar. The colorful background was given to them by us in the previous exhibition.
Q: I am saying that this if Calvin Klein's!
A: This is incorrect. This is part of our poster. Ruth Domber would not give a misstatement. In the exhibition's website it states that they participated in this exhibition which took place in March. It says "Ronit First" and we were not present there in person. In the website page which I am showing you it says Tomashover.
Q: I am telling you that those frames which you claim to have been sold in that exhibition by defendant no. 1 are part of those 3 thousand frames which you had sold him and he was looking to get rid of.
A: During the two years that he worked with me he purchased small quantities each time, in accordance with orders which he received from stores so it does not make sense that he would have such a big stock in his possession. We are talking about counterfeit glasses that he is not stuck with, he is selling them every day.

**Samuel Tomashover after being rightfully warned**
**Responds in cross-examination to attorney Ganihar, the plaintiff's attorney**
Q: I am showing you the glasses which were presented at the opening of the session and refer you to the number"13" on the arm of the glasses. Is the writing the same? I am telling you that one is handwritten and the other is printed.
A: I agree. One is printed and one is handwritten.
Q: Have you ever purchased from the plaintiff even one frame where the catalogue number of the color is printed, as in the sample of the number "13" which I have showed you before.
A: Until I received the indictment I had not noticed the difference between the printed number and the handwritten one.

Sara Schuster

Translation from Hebrew
Corresponds to page 3


Q: You did not notice because you were unable to notice because you never received any glasses with a printed number from Ronit First because they do not do it. Can you deny or confirm it?
A: I cannot confirm.

5

Translation from Hebrew
Corresponds to page 4

**[Emblem]**
**The courts**

(Rubber stamps:
Illegible)

**Tel Aviv – Jaffa district court**                    **BSA 009267/07**
                                                        **In main case A 001661/07**
**Before: The Honorable judge Yehuda Zaft – Vice President    09/20/2007**

Q: Did you or did you not show Ronit First's glasses in Virginia?
A: [As part of] our marketing system and our efforts, we were in Virginia and tried to sell frames in various towns just like in any other state in the USA. We made efforts to market.
Q: As to Katie Show's affidavit – did you show up at her place and sold her frames?
A: Yes.
Q: Were you present at the New York fair where Mrs. Ruth Domber exhibited?
A: I was at the New York fair and had a stand there.
Q: When you received a notice by e-mail from Bibering that he withdrew from the agreement, did you have a stock from him?
A: I did receive this e-mail and had a stock.
Q: Why did you not ask to buy the stock from him?
A: Because he asked for the addresses of my clients, sent them letters [saying] that I did not have the right to sell any more frames and he started to sell them frames directly. I reside in the USA and I had a problem in building the case.
Q: You were left with a large stock and you have a document stating that he undertook to buy the stock from you. Why did you not send him an e-mail telling him that in accordance with the agreement he undertook to buy the frames from you?
A: I received a letter from attorney Ganihar which did not mention my right in accordance with paragraph 5. The letter said that I would inform all my clients that if they wished to purchase frames they should contact the attorney.
Q: You did not remember that there is a paragraph 5 which was actually meant to protect you?
A: At that point I did not read paragraph 5. I was in a difficult mental state. I have invested in stocks that he did not even know about.
Q: I am telling you that you did not offer him to buy the frames because they were counterfeit and you were afraid that the moment you offer him he would know that this was a case of counterfeit.
A: A lie.
Q: As to appendix c in the response of the plaintiff.
A: This order completed the big order that had been placed.
Q: Following that appendix c – you have large stocks and you order 2-3 frames?
A: It is true that I have stocks but many of those are in my clients' accounts by consignment.

Sara Schneder

P0032

6

Translation from Hebrew
Corresponds to page 5

**[Emblem]**
**The courts**

**Tel Aviv – Jaffa District Court**          **BSA 009267/07**
                                             **In main case A 001661/07**
**Before: The Honorable judge Yehuda Zaft – Vice President**          **09/20/2007**

Decision

Plaintiff's summations will be submitted within 5 days.

Defendants' summations will be submitted 5 days later.

Sukkot recess will be counted.

Summations will not be longer than 5 pages (Double space, regular margins, type David 12, 4A)

The two frames that were submitted will be placed inside an envelope marked 2.

**Issued today, Tishrei 8, 5768 (September 20th 2007) in the presence of the parties.**

-------------------------------------------------
**Judge Yehuda Zaft – Vice President**

(Rubber Stamp:
District Court
[Emblem]
Tel Aviv)

Rubber stamp:
District Court in Tel Aviv
**I CONFIRM**    (Signature)
That this is a correct copy and corresponds to the original

2/14/08 (Handwritten)
--------------------------    74----------------------------
Date                                    (Illegible)

Sara Schuster

**EXHIBIT 5**

עמוד 1 מתוך 2

**ehud**

| | |
|---|---|
| **מאת:** | "sammy thomas" <greeneyes_76@hotmail.com> |
| **אל:** | <ehud@op-art.co.il> |
| **נשלח:** | יום רביעי 15 מרץ 2006 19:01 |
| **נושא:** | HI, DO YOU HAVE ANY FRAMES 1764 THERE? |

WE SENT YOU THIS EMAIL LAST WEEK REGARDING 1764.
YOU DID NOT REPLY TO IT!

HERE IT IS AGAIN:

WE HAVE A CUSTOMER IN MINNEAPOLIS, A CHILDREN CLINICT, THAT HAS BEEN
CONSISTENTLY BUYING 1764'S FROM US.
WE ARE LEFT WITH FRAMES IN 1A ONLY.
WE HAVE NOTHING TO SHIP HERE.....
FOLLOWING ARE THE MOST POPULAR COLORS AND WE CAN USE:
16
17
10
06
20
1A


AND ALSO WE CAN USE A FEW OF EACH:
09
11
2A
14A
19

AND, ARE YOU MAKING SOME NEW PROTOTYPES OF CHILDREN FRAMES FOR US
FOR THE
SHOW?

ROUND CHILDREN FRAMES WILL DO GREAT IN OUR OPINION!

WE HAVE A SERIOUS PROBLEM THAT WE ARE FACING HERE BEFORE THE
VISIONEXPOEAST:
WE ARE OUT OF COLORS IN MANY STYLES GOING INTO THE SHOW....
WE WILL NOT BE ABLE TO COLLECT MONEY AFTER THE SHOW IF WE WERE TO
TAKE
ORDERS FOR FRAMES WE DO NOT HAVE IN STOCK, SINCE WE DO NOT HAVE
INVENTORY!

EXAMPLES:
1174 IN COLORS 03 AND TZ WE ARE COMPLETELY OUT
1174 IN COLOR 21 AND T21S WE HAVE NO STOCK WHAT SO EVER
2321-NO COLOR 16,1A,2A,17,TZ,06,21 AT ALL FOR THE SHOW.
THESE ARE JUST A FEW EXAMPLES........

THERE ARE A LOT MORE OTHER STYLES AND COLORS THAT WE ARE COMPLETELY
OUT OF
INVENTORY !

WE WILL NOT TAKE ORDERS FOR THESE FRAMES  AT THE SHOW AND ALL OTHER FRAMES
THAT PEOPLE REQUEST US. FOR FRAMES THAT WE KNOW THAT YOU DO NOT HAVE TO SEND
US IMMEDIATELY.

WE HAVE A CUSTOMER IN WESTCHESTER COUNTY THAT ORDERED 10 FRAMES IN MATT
COLORS THAT YOU HAVENT YET SUPPLIED US WITH OVER 6 MONTHS AGO!

WE WILL ONLY SELL WHAT WE HAVE IN STOCK.

PLEASE GIVE US SOME OF YOUR THOUGHTS ABOUT THE SERIOUS INVENTORY ISSUES WE
ARE FACING GOING INTO THE NY SHOW?


REGARDS
SAMMY


--
Internal Virus Database is out-of-date.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.12.0/134 - Release Date: 14/10/2005

16/03/2006

**EXHIBIT 6**

>>>>>>>F.Y.I. YOU'R PENDING ORDERS ARE FOR JUST A LIITLE OVER 500 FRAMES.
>>>>>>>
>>>>>>>2. I WILL ALSO NEED A LIST OF YOUR FIRST PRIORITIES - IN ACCORDANCE
>>>>>>>TO THE QUANTITY OF FRAMES YOU ARE PAYING FOR.
>>>>>>>
>>>>>>>THANK YOU,
>>>>>>>EHUD
>>>>>>>
>>>>>>>
>>>>>>>----- Original Message ----- From: "sammy thomas"
>>>>>>><greeneyes_76@hotmail.com>
>>>>>>>To: <ehud@op-art.co.il>
>>>>>>>Sent: Thursday, June 15, 2006 9:12 PM
>>>>>>>Subject: Re: WHEN ARE YOU GETTING FRAMES?
>>>>>>>
>>>>>>>
>>>>>>>30 DAYS DELIVERY SOUNDS VERY PROMISING!
>>>>>>>
>>>>>>>WE ARE RUNNING OUT OF MANY STYLES IN CERTAIN COLORS VERY FAST.
>>>>>>>PLEASE!
>>>>>>>THE SOONER YOU CAN SUPPLY US WITH FRAMES THE BETTER.
>>>>>>>
>>>>>>>MERYL AND I WILL BE AWAY VISITING MY PARENTS IN EUROPE BETWEEN JULY
>>>>>>>15 AND AUGUST 2ND.
>>>>>>>WE HOPE TO BE ABLE TO DO ALL THE RECEIVING OF THE FRAMES AND
>>>>>>>SHIPPING BACK ORDERS ETC... AND ALSO DO SELLING OF FRAMES AS MUCH AS
>>>>>>>WE CAN, BEFORE WE GO, FROM THE MODELS WE WILL RECEIVE THAT WE DID
>>>>>>>NOT HAVE IN STOCK FOR A VERY LONG TIME..
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>SAM
>>>>>>>
>>>>>>>
>>>>>>>>From: "ehud" <ehud@op-art.co.il>
>>>>>>>>To: "sammy thomas" <greeneyes_76@hotmail.com>
>>>>>>>>Subject: Re: WHEN ARE YOU GETTING FRAMES?
>>>>>>>>Date: Thu, 15 Jun 2006 21:58:19 +0200
>>>>>>>>MIME-Version: 1.0
>>>>>>>>Received: from nitzan.inter.net.il ([192.114.186.20]) by
>>>>>>>>bay0-mc2-f16.bay0.hotmail.com with Microsoft
>>>>>>>>SMTPSVC(6.0.3790.2444); Thu, 15 Jun 2006 11:54:53 -0700
>>>>>>>>Received: from art (IGLD-80-230-212-67.inter.net.il
>>>>>>>>[80.230.212.67])by nitzan.inter.net.il (MOS 3.7.3-GA)with ESMTP id
>>>>>>>>DSR18533 (AUTH kelimyaf@zahav.net.il);Thu, 15 Jun 2006 21:54:49
>>>>>>>>+0300 (IDT)
>>>>>>>>X-Message-Info: LsUYwwHHNt3660MmjhEvYg2f34OAemlKtU9j2Z7TuGo=
>>>>>>>>References: <BAY102-F494A67094195DB0D6BDF9E0820@phx.gbl>
>>>>>>>>X-MSMail-Priority: Normal
>>>>>>>>X-Mailer: Microsoft Outlook Express 6.00.2900.2869
>>>>>>>>X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2869
>>>>>>>>Return-Path: ehud@op-art.co.il
>>>>>>>>X-OriginalArrivalTime: 15 Jun 2006 18:54:53.0993 (UTC)
>>>>>>>>FILETIME=[3040C190:01C690AD]
>>>>>>>>
>>>>>>>>END OF JUNE.
>>>>>>>>MANY OF THEM ARE AFTER COATING. BUT THERE IS A LOT
>>>>>>>>OF WORK MAKING THE 25 OR SO PRINTING BLOCKS
>>>>>>>>FOR EACH MODEL. AND THE DEMO LENS HAVE NOT ARRIVED YET....
>>>>>>>>THESE DELAYS ARE EXPECTED ONLY AT THIS BEGINERS STAGE OF THE
>>>>>>>>COATING PROCESS.
>>>>>>>>LATER ON MY TARGET IS TO REDUCE YOUR ORDERS DELIVERY TIME TO
>>>>>>>>APPROX' 30 DAYS.
>>>>>>>>
>>>>>>>>EHUD
>>>>>>>>----- Original Message ----- From: "sammy thomas"

**EXHIBIT 7**

## Shira Rosenfeld

| | |
|---|---|
| **From:** | avri@brintech [avri@brintechinc.com] |
| **Sent:** | Sunday, February 17, 2008 12:58 PM |
| **To:** | Shira Rosenfeld |
| **Subject:** | Fw: Re: Vision Expo EAST 2008 |
| **Attachments:** | Re: Vision Expo EAST 2008 |

----- Original Message -----
**From:** Neff, Diane (RX)
**To:** avri@brintechinc.com
**Sent:** Monday, October 15, 2007 2:20 PM
**Subject:** FW: Re: Vision Expo EAST 2008

**From:** sammy toma [mailto:sammy_toma@yahoo.com]
**Sent:** Monday, October 15, 2007 1:19 PM
**To:** Neff, Diane (RX)
**Subject:** Fwd: Re: Vision Expo EAST 2008

HI DIANE !

I WON THE INJUNCTION AGAINST RONIT FURST.

I NEED TO SIGN A CONTRACT FOR NEXT VISION EXPO AT THE SAME SPOT I WAS LAST WEEK.
EMAIL ME A COPY OF A CONTRACT PLEASE

REGARDING VISION EXPO EAST COMING UP:

ALREADY FILLED AN APPLICATION THE FIRST YEAR I DID VISIONEXPO IN 05
I HAVE DONE MORE THAN A DOZEN SHOWS WITH REED SO FAR SINCE 2004
I NEED TO KNOW IF I AM IN THE GALERIA FOR VISIONEXPOEAST?
I WILL NOT PARTICIPATE IN VISIONEXPOEAST ON THE MAIN FLOOR.
IT IS A WAIST OF TIME.
UNLESS I WILL BE RIGH NEXT TO SAFILO OR LUXOTICA ON THE MAIN ISLE.
PLEASE DO NOT ASK ME TO FILL UP ANOTHER APPLICATION FOR THE GALERIA.
I HAVE APPLIED AND FILLED IT UP YEARS AGO.
I WILL BE EMAILING YOU WEEKLY FOR AN UPDATE ON THE SPACE IN THE GALERIA SINCE I
NEED TO BE THERE FOR NEXT SHOW.

I NEED AN ANSWER IF I AM GOING TO BE IN THE GALERIA IN NY OR RIGHT BELOW IT.
I CANNOT WAIT TILL THE LAST MINUTE TO GET AN ANSWER !

REGARDS

SAM

Yahoo! oneSearch: Finally, mobile search that gives answers, not web links.