UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X`

| | | |
|---|---|---|
| ART-OPTIC, LTD., | : | |
| | : | |
| Plaintiff, | : | 08 CV 0327 (MGC)(KNF) |
| | : | |
| v. | : | **NOTICE OF MOTION** |
| | : | |
| SAMUEL TOMASHOVER, | : | |
| MERYL TOMASHOVER and | : | |
| NEWLIGHT EYEWEAR, LLC, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Declaration of Shira Y. Rosenfeld, dated August 8, 2008, the undersigned will move this Court before the Honorable Miriam Goldman Cedarbaum at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, New York, on September 12, 2008, for an order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York granting the undersigned to withdraw as counsel of record for plaintiff Art-Optic, Ltd., and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requires that any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

1

Dated: New York, New York
August 18, 2008

                                      SHIBOLETH LLP

                              By: _____
                                 Shira Y. Rosenfeld (SR 5392)

                              One Penn Plaza, Suite 2527
                              New York, New York 10119
                                   T: 212-244-4111
                                   F: 212-563-7108

To:

Richard S. Schurin, Esq.
Gottlieb Rackman & Reisman, P.C.
270 Madison Avenue
New York, New York 10016
*By ECF*

*Attorneys for Defendants*

Ehud Bibring, Manager
Art-Optic, Ltd.
61 HaZamir Street
Kiryat Ono 55507
Israel
*By E-mail*

*Plaintiff*

Eric S. Sherby
Sherby & Co., Advs.
12 Menachem Begin Street, 2nd Floor
Ramat Gan 52521
Israel
*By E-mail*

*Attorneys for Plaintiffs*

2